UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/23/2024
```

LUNIQUE AGOSTINI,

                          Plaintiff,

          -against-

CHENOA CORP.,

                          Defendant.

24-CV-05145 (MMG)

**NOTICE OF**
**CORRESPONDENCE**

MARGARET M. GARNETT, United States District Judge:

    The Court issues this Notice to publicly file an *ex parte* communication the Court received
from Defendant Chenoa Corp., which is appended to this Order.

    The parties are reminded that the parties' joint letter, in accordance with Dkt. No. 5, is due
on **October 28, 2024**.

Dated: October 23, 2024
       New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge

**From:**    Sadia Brangan
**To:**      Garnett NYSD Chambers
**Subject:** Lunique Agostini V Chenoa Corp.
**Date:**    Sunday, October 13, 2024 9:36:12 PM

---

**CAUTION - EXTERNAL:**

My name is Sadia Brangan.  I am a small business owner in Manhattan, a dying breed at this point.

I own a salon in Murray Hill and luckily have managed to re-open and stay open after Covid.

My company name is Chenoa Corp d/b/a Thread (which is the name of the salon).

A few weeks ago I got correspondence regarding my website being non ADA Compliant from the Plaintiff, Lunique Agostini, who is legally blind (per the Summons) and resides in the Bronx.  Said Plaintiff, with the same lawyer, has currently about 6 or 7 similar claims filed in your court.

This woman, whom I have never met so I don't even know if she is blind, has never once come to my salon.  I do not sell any goods or services via my website.  I am not sure why I am being targeted except for the fact that her lawyer didn't realize we are a salon but some sort of mega Corporation that would just settle the matter out of court with a monetary payment.

I do not have funds set aside for legal issues, retaining any lawyer nor paying out any sort of settlement.  I am a small business owner that does her job paying her employees, rent and utilities. We are a well-respected addition to our neighborhood and get great reviews.  We go above and beyond helping our local community which includes NYU Langone Hospital and our local public school, PS 116. with supplies and auction support.

In all my years of operation, I was never once advised by any City, State or Federal Agency that my website had to be accessible to the ADA community.  We took great measures during the build-out of the salon to make sure all parts of it were physically accessible to everyone.  However, not once, was I ever advised by anyone, that my website had to be the same.  Had I known, of course, I would have complied without hesitation.  My salon is known for being all-inclusive.  We are very popular with the LGBTQ community and welcome everyone into our salon no matter what and have since day one.

Since getting the summons, my website is becoming ADA Compliant.  We just have a few issues still to fix but they should be completed in a couple of weeks.

Again, I'm not sure where to turn.  The Plaintiff's lawyer refuses to drop the suit. Had Plaintiff just come in to me and discussed this issue I would have rectified the website asap.  There was no grace period to do anything instead they went directly to a lawsuit.

Everyone is advising just to settle but with what? I have just spent so much already getting the website in order as well as signing up to a yearly subscription that we need to make sure the website runs properly for the ADA community.

Any guidance would be greatly appreciated.

Sincerely,
Sadia Brangan

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.