

October 28, 2024

Hon. Judge Margaret M. Garnett
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **AGOSTINI v. CHENOA CORP.**
    **DOCKET NO. 1:24-cv-5145**

Dear Judge Garnett:

The undersigned represents Lunique Agostini, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy